UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : **3:07-CR-410** |
| | : (Judge Caputo) |
| ALLAN ROSS, Defendant | : |

## MOTION TO WITHDRAW PLEA

NOW, this 9th day of May, 2008, **ALLAN ROSS,** defendant in the above-captioned matter, after consultation and assistance of his counsel, moves the Court to be permitted to withdraw his plea of not guilty and to enter a plea of guilty to Count 1 of the Indictment.

_____
ALLAN ROSS

## ORDER

NOW, this 9th day of May, 2008, the foregoing Motion To Withdraw Plea is granted.

_____
A. RICHARD CAPUTO
United States District Judge

## PLEA

NOW, this 9th day of May, 2008, the above named Defendant withdraws his plea of not guilty and pleads guilty to Count 1 of the Indictment in the above-captioned matter.

_____
ALLAN ROSS